

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-10-00437-CV

THE BRINKMANN CORPORATION, DON S. CLAYTON, STEVEN W. NEUWOEHNER, CHRISTINA EDWARDS, KELLY RIPLEY, AND DEBBIE COPELAND

APPELLANTS

V.

INTERNATIONAL DEVELOPMENT, LLC D/B/A INTERNATIONAL DEVELOPMENT CORP.

APPELLEE

------------

## FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant The Brinkmann Corporation's "Unopposed Motion For Reinstatement." The motion is **GRANTED**. The appeal is ordered

---

[1]*See* Tex. R. App. P. 47.4.

reinstated and the portions of the reporter's record specified in the trial court's "Order Partially Sealing Trial Record" signed April 5, 2011, are sealed.

We have also considered the parties' "Agreed Motion To Dismiss Interlocutory Accelerated Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: April 14, 2011